UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BARRY D. AMOS, M.D., *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Civ. No. 7:23-cv-1251 |
| NAPA Management Services Corporation, a New York Corporation, | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

## ORDER GRANTING JOINT MOTION TO
## STAY LITIGATION PENDING ARBITRATION

For good cause shown in the foregoing JOINT MOTION TO STAY LITIGATION PENDING ARBITRATION, it is ORDERED that the instant lawsuit is stayed pending final resolution of the arbitration. The parties will submit a joint status report to the Court no later than January 15, 2024.

This the 20 day of November, 2023.

_____
The Honorable Terrence W. Boyle
U.S. District Court Judge