IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Case No.: 7:23-cv-1251

| | | |
|---|---|---|
| BARRY D. AMOS, M.D., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NAPA Management Services Corporation, a New York Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

Upon consideration of the Parties Joint Motion [DE-40] for Extension of Time to Submit a Joint Status Report, and for good cause shown for the reasons stated therein, it is hereby ORDERED that the Joint Motion is GRANTED.

The Parties are allowed an extension of time, up to and including May 8, 2024, to submit a joint status report notifying the Court of the status of the arbitration.

This the 17th day of April, 2024.

BRIAN S. MEYERS
United States Magistrate Judge