IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1251-BO

| | | |
|---|---|---|
| BARRY D. AMOS, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NAPA MANAGEMENT SERVICES | ) | |
| CORPORATION, A NEW YORK | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's unopposed motion [DE-38] to seal the complaint [DE-1] and Exhibits A, B, and C [DE-1-2; 1-3; and 1-4] to the complaint. For good cause shown for reasons stated in the unopposed motion, the motion [DE-38] is GRANTED.

IT IS THEREFORE ORDERED that (i) the filed complaint [DE-1]; (ii) Exhibits A, B, and C [DE-1-2; 1-3; and 1-4] to the complaint; (iii) the memorandum in support of the unopposed motion to seal [DE-37]; and (iv) the exhibit to the unopposed motion to seal [DE-36] shall be sealed by the Clerk of Court.

Defendant is DIRECTED to file the redacted versions of the complaint and Exhibits A, B, and C to the complaint no later than **May 3, 2024**.

SO ORDERED, this 19th day of April, 2024.

_____
Brian S. Meyers
United States Magistrate Judge